1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTI C. KAPETAN
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, California 93721
   Telephone:  (559) 498-7316
5
   Attorneys for Defendant
6

7              IN THE UNITED STATES DISTRICT COURT FOR THE

8                     EASTERN DISTRICT OF CALIFORNIA

9
   JOSE LOZANO,                    )   1:05-cv-0096 LJO
10                                 )
              Plaintiff,           )   STIPULATION AND
11                                 )   ORDER TO EXTEND
         v.                        )   TIME
12                                 )
   JO ANNE B. BARNHART,            )
13 Commissioner of Social          )
   Security,                       )
14                                 )
              Defendant.           )
15 _____)

16

17      The parties, through their respective counsel, stipulate that

18 the time for defendant to respond to plaintiff's Opening Brief be

19 extended from September 12, 2005 to October 13,2005.

20 //

21 //

22 //

23 //

24 //

25 //

26 //

27

28
                                   1

1  This is the defendant's first request for an extension of time
2  to file a response to plaintiff's Opening Brief.  Defendant needs
3  the additional time to further review the file and prepare a
4  response in this matter.
5                                    Respectfully submitted,
6
7  Dated: September 12, 2005         /s/ Manuel D. Serpa
                                     (As authorized via facsimile)
8                                    MANUEL D. SERPA
                                     Attorney for Plaintiff
9
10
11 Dated: September 12, 2005         McGREGOR W. SCOTT
                                     United States Attorney
12
13                                   /s/ Kristi C. Kapetan
                                     KRISTI C. KAPETAN
14                                   Assistant U.S. Attorney
15
16     IT IS SO ORDERED.

17 **Dated:   September 13, 2005**            **/s/ Lawrence J. O'Neill**
   66h44d                            UNITED STATES MAGISTRATE JUDGE
18

2